The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENAN DEON PEEPLES,

Defendant.

CASE No. MJ24-028

COMPLAINT for VIOLATION

18 U.S.C. § 922(g)(1)

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 10, 2023, in King County, within the Western District of Washington, KENAN DEON PEEPLES, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year: *Robbery in the First Degree*, King County Superior Court Cause Number 18-8-001254-8, on or about October 14, 2018, did knowingly possess, in and affecting interstate and foreign

Complaint - 1
*United States v. Peeples* / MJ24-

commerce, a firearm, that is: a Glock 23, .40 caliber pistol and a Glock 17, 9mm caliber pistol, each of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of Ammunition)

On or about October 26, 2023, in King County, within the Western District of Washington, KENAN DEON PEEPLES, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year: *Robbery in the First Degree*, King County Superior Court Cause Number 18-8-001254-8 SEA, on or about October 14, 2018, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is: 16 rounds of X-Treme Bullets 9mm Luger ammunition, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes.

2. I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement

Complaint - 2
*United States v. Peeples* / MJ24-

officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

3.    I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

4.    The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other agents and witnesses; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

**SUMMARY OF INVESTIGATION**

**Criminal History**

5.    I reviewed PEEPLE's criminal history. Based upon my review of those records, in addition to other crimes, PEEPLES has been convicted of Robbery in the First Degree in King County Superior Court under case number 18-8-01254-8, for which he was sentenced to a term of imprisonment of 260 weeks plus 12 months.

/ / /

/ / /

Complaint - 3
*United States v. Peeples* / MJ24-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**February 10, 2023**

6.     On February 10, 2023, at approximately 0208 hours, Seattle Police Department (SPD) officers were dispatched to a shooting call at 700 East Denny Way, Seattle, Washington. Officers arrived at the location and found the victim lying in the middle of the road at the intersection of East Denny Way and Boylston Avenue East. The victim's pants were covered in blood, and when officers cut off the victim's pants, they discovered a bullet hole in the right knee.

7.     The victim stated that his "brother" shot him, and described the individual as a black male, about his height (5'9"), wearing a black hoodie/coat and black pants . The victim later provided the shooter's name as "Kenan Peeples," and continued to yell, "I don't know why he shot me, why did he do this?"

8.     While conducting an area check for the shooter, SPD officers observed an individual matching the suspect description walking southbound in the 1600 block of Belmont Avenue, approximately 0.3 miles away from where the victim was found by SPD. The individual was holding a black ski mask; one of the 911 callers had reported that a person quickly leaving the scene immediately after the shooting was wearing a black ski mask. The individual was identified as PEEPLES, and he told officers that he had just left his home at 101 Boylston Avenue East, which is at the same intersection where the victim was found by SPD. He said he was going for a walk. During this interaction, officers at the shooting location stated over the radio that the victim named PEEPLES as the shooter. The victim's mother later explained that PEEPLES and the victim do not share any parents, but they have a half brother in common.

9.     K9 officers arrived on scene and conducted a track to look for any firearms. The K9 led the officers down an alley and to a planter box, where the dog began grabbing sprinkler hose and gardening fabric in its teeth. At that location, officers found two firearms. The firearms were recovered in the area of 600 East Howell Street in a concrete planter box, as depicted in Figure 1 below.

Complaint - 4
*United States v. Peeples* / MJ24-



**Figure 1**

The firearms were recovered about two blocks southwest of where the victim was found and about two blocks north of where the suspect was stopped by SPD officers.

10.    SPD officers recovered:

a.    A Glock 23, .40 caliber pistol with serial number HRV197, and

b.    A Glock 17, 9mm caliber pistol with an obliterated serial number; the slide of this firearm had a partially obliterated serial number TXS458. This firearm had a Glock Switch/Autosear attached, which converts the firearm to operate as a fully automatic weapon. When officers recovered this firearm, a fired casing was found lodged in the chamber, preventing the slide from closing.

11.    SPD officers located two 9mm spent shell casings near 112 Boylston Avenue East, the building just north of where the victim was found. There was a trail of blood from the shell casings to the victim. The victim's mother later arrived at the scene and told officers that the victim had called her earlier and told her that the victim and PEEPLES were going to meet.

**October 26, 2023**

12.    On October 26, 2023, at 1749 hours, SPD officers were dispatched to the Planned Parenthood at 2001 East Madison Street, Seattle, Washington, to a threats call. The call notes stated the suspect on scene was threatening employees and patients with a

Complaint - 5
*United States v. Peeples* / MJ24-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

gun, but no weapons were seen, and that the suspect was now in a vehicle outside. The 911 caller also stated that s/he could still see the suspect vehicle in the Planned Parenthood parking lot. Responding officers were given this description of the suspect: a black male, 20s, 6'1", black puffy jacket, gray sweats, and white basketball shoes. The vehicle was described to officers as a Dodge Charger. The call notes also listed PEEPLES as the suspect.

13.     When officers arrived at the location, they observed a gray Dodge Charger in the southwest corner of the parking lot, and an individual in the driver's seat matching the description given to officers. Officers approached the vehicle and detained PEEPLES, who was sitting in the driver's seat of the vehicle. PEEPLES admitted to officers that he had operated the vehicle. Officers observed a handgun partially underneath the driver's seat by the driver's side door as depicted in Figure 2 below. Officers also observed an extended firearm magazine on the driver's seat. PEEPLES was the sole occupant of the vehicle.



**Figure 2**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14.	A witness stated that s/he was treating a patient at Planned Parenthood, and that the patient's friend stated that PEEPLES was sending her (the friend) threatening text messages. The witness recalled the messages as saying, "I'm gonna bring smokers down there and mess up your car," and "If you don't come get me, I'm gonna jump over the counter." The witness told officers that PEEPLES came to the front desk, asking for the patient, but PEEPLES was told the patient was not there and that he needed to leave.

15.	After placing PEEPLES under arrest, officers impounded the vehicle. On October 27, 2023, officers obtained a King County Superior Court search warrant for the Charger. During the search, officers located a Polymer 80, 9mm caliber pistol with no serial number, which was loaded with an extended magazine containing 15 rounds of X-Treme Bullets 9mm Luger ammunition. There was also a round in the chamber. The firearm had a dark green frame and gray slide and had a Glock Switch/Autosear attached. Officers also retrieved a tan extended magazine from the driver's seat, which was unloaded.

**Interstate Nexus Examination of the Firearms and Ammunition**

16.	On June 16, 2024, ATF SA Brian Arnold, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, examined photos and was provided descriptions of the following firearms and ammunition:

a.	Glock, Model 23, .40 caliber pistol, with serial number HRV197;

b.	Glock, Model 17, 9x19mm caliber pistol, with an obliterated serial number;

c.	X-Treme Bullets 9mm Luger ammunition

17.	SA Arnold determined that the above-listed firearms and ammunition were not manufactured in the state of Washington. Based upon his experience, knowledge, and research, it also SA Arnold's opinion that the above-listed firearms and ammunition meet the definition of a firearm or ammunition under Title 18, United States Code, Section

Complaint - 7
*United States v. Peeples* / MJ24-

921(a)(3) and Section 921(a)(17)(A). Furthermore, it is SA Arnold's opinion that, because the above-listed firearms and ammunition were not manufactured in the state of Washington, they therefore must have traveled in, and thereby affected, interstate commerce if they were received or possessed in the State of Washington.

## CONCLUSION

18.    Based on the above facts, I believe that there is probable cause to conclude that KENAN DEON PEEPLES committed the offenses of Unlawful Possession of Firearms in violation of Title 18, United States Code, Section 922(g)(1), and Unlawful Possession of Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

Zane Davis
Digitally signed by Zane Davis
Date: 2024.01.18 09:14:39 -08'00'

_____
ZANE DAVIS
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Based on the Complaint and Affidavit, to which the above-named agent provided a sworn statement attesting to the contents of such, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this 19th day of January, 2024.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

Complaint - 8
*United States v. Peeples* / MJ24-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970